UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 36566
   MICHAEL J STEFFENS
   TERESA D STEFFENS                        CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-3134    SSN XXX-XX-0797
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/01/04 and confirmed on 12/17/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 48795.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 3702.28 | .00 | 3702.28 |
| DELL FINANCIAL SVCS | SECURED | 500.00 | .00 | 500.00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 32346.58 | 4630.84 | 32346.58 |
| KOHLS | UNSECURED | 779.68 | .00 | 779.68 |
| DELL FINANCIAL SVCS | UNSECURED | 1209.92 | .00 | 1209.92 |
| GMAC PAYMENT CENTER | UNSECURED | 504.10 | .00 | 504.10 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 36548.86 | .00 | 2493.70 | .00 | 39042.56 |
| PRINCIPAL PAID | 36548.86 | .00 | 2493.70 | .00 | 39042.56 |
| INTEREST PAID | 4630.84 | .00 | .00 | .00 | 4630.84 |
| TOTAL PAID | 41179.70 | .00 | 2493.70 | .00 | 43673.40 |

The Debtor's attorney, SHAW & FOLEY LLC            , was allowed $   2700.00 and was paid $   1200.00  direct and $   1500.00  through the plan.

The Trustee received $   2030.92 .

Refunds to the Debtor totaled $   1590.68 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
  Dated: 10/08/08                           /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
    CASE NO. 04 B 36566 MICHAEL J STEFFENS & TERESA D STEFFENS
```